UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

UNITED STATES OF AMERICA     PLAINTIFF

VS.     CIVIL NO: 3:22-CV-185-DMB-RP

ZAKERRIAH LOCKHART     DEFENDANT

## DEFAULT JUDGMENT

The Defendant, Zakerriah Lockhart, having failed to appear, plead or otherwise defend in this action, and default having been entered on November 2, 2022, and counsel for Plaintiff having requested judgment against the defaulted Defendant and having filed a proper motion and declaration in accordance with Federal Rule of Civil Procedure 55 (a) and (b);

Judgment is hereby entered in favor of Plaintiff United States of America and against Defendant Zakerriah Lockhart, in the amount of $87,064.00, plus interest on the judgment at the legal rate until the judgment is satisfied.

This the  3rd  day of November, 2022.

David Crews, Clerk of Court

By:     s/ Jennifer L. Adams
Deputy Clerk